UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANGELA D. CARLYLE,<br><br>    Plaintiff,<br><br>  vs.<br><br>MERCHANTS CREDIT CORPORATION, a Washington corporation,<br><br>    Defendant. | No. 2:20-cv-01764-RSL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The Court, having reviewed the Stipulation of the Parties, enters the following Order:

It is hereby ordered that all claims set forth in Plaintiff's Complaint are dismissed with prejudice, and the case is dismissed with prejudice in its entirety, with each party bearing their own costs.

There being no just cause for delay, the Clerk of the Court is directed to immediately enter this Order and close the above-captioned case.

ENTERED this 7th day of December , 2020.

*[signature]*
U.S. District Court Judge
Hon. Robert S. Lasnik

ORDER OF DISMISSAL WITH PREJUDICE - 1
2:20-cv-01764-RSL

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944